```
WILKE FLEURY LLP
MATTHEW W. POWELL (SBN 114563)
mpowell@wilkefleury.com
DANIEL J. FOSTER (SBN 238012)
dfoster@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664
```

Attorneys for Defendant CTL MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD CAMILLERI,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; CTL MANAGEMENT, INC.; PAYARC LLC,<br><br>    Defendants. | Case No. Case 2:25-CV-01013-DJC-CSK<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CTL MANAGEMENT, INC. TO RESPOND TO PLAINTIFF RICHARD CAMILLERI'S COMPLAINT AND ORDER**<br><br>Assigned to District Judge Daniel J. Calabretta<br>Referred to Magistrate Judge Chi Soo Kim |

Plaintiff Richard Camilleri ("Plaintiff") and Defendant CTL Management, Inc. ("Defendant"), through their respective attorneys of record, submit the following Joint Stipulation, pursuant to Local Rule 144, stating as follows:

    1.    Plaintiff filed his Complaint on April 4, 2025. (Dkt. 1.) The Summons was issued to Defendants on April 4, 2025. (Dkt. 2.)

    2.    The Complaint was served on Defendant on or about April 7, 2025.

    3.    Defendant's response to the complaint was initially due on or before April 28, 2025.

    4.    Defendant requested, and Plaintiff agreed, that Defendant could have an extension through and including May 12, 2025 to respond to the complaint.

    5.    On May 6, 2025, Defendant requested a further extension through and including May 27, 2025 so that the parties could explore the possibility of negotiating a resolution of the litigation.

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CTL MANAGEMENT, INC. TO RESPOND TO PLAINTIFF RICHARD CAMILLERI'S COMPLAINT AND ORDER
3801972.1

Plaintiff agreed to the requested extension.

6. On May 16, 2025, Defendant requested a further extension through and including June 10, 2025 so that the parties could engage in settlement negotiations. Plaintiff agreed to the requested extension. This stipulation is made in good faith and will not alter or otherwise affect the date of any event or deadline already fixed by the Court.

NOW, THEREFORE, Plaintiff and Defendant, by and through their attorneys of record, stipulate and agree as follows:

1. Subject to approval by the Court, the date by which Defendant must file and serve its response to Plaintiff's Complaint shall be extended from May 27, 2025 to and including June 10, 2025.

SO STIPULATED.

DATED: May 27, 2025         WILKE FLEURY LLP

By: _____
MATTHEW POWELL
Attorneys for Defendant, CTL MANAGEMENT, INC.

DATED: May 27, 2025         GALE, ANGELO, & JOHNSON, P.C.

By:       /s/ Joe Angelo
JOE ANGELO
Attorneys for Plaintiff, RICHARD CAMILLERI

3801972.1

2

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CTL MANAGEMENT, INC. TO RESPOND TO PLAINTIFF RICHARD CAMILLERI'S COMPLAINT AND ORDER

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

# ORDER

The Court is in receipt of Plaintiff Richard Camilleri and Defendant CTL Management, Inc.'s Joint Stipulation to Extend Time to Respond to Complaint. Having reviewed the stipulation for the requested extension, the Court finds that good cause exists to extend the deadline for Defendant CTL Management, Inc. to file and serve its responsive pleading to June 10, 2025.

IT IS SO ORDERED.

Dated: May 27, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3801972.1

3

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CTL MANAGEMENT, INC. TO RESPOND TO PLAINTIFF RICHARD CAMILLERI'S COMPLAINT AND ORDER

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO