1  WILKE FLEURY LLP
   MATTHEW W. POWELL (SBN 114563)
2  mpowell@wilkefleury.com
   DANIEL J. FOSTER (SBN 238012)
3  dfoster@wilkefleury.com
   621 Capitol Mall, Suite 900
4  Sacramento, California 95814
   Telephone:    (916) 441-2430
5  Facsimile:    (916) 442-6664

6  Attorneys for Defendant CTL MANAGEMENT,
   INC.

7

8              UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11  RICHARD CAMILLERI,                    Case No. Case 2:25-CV-01013-DJC-CSK

12            Plaintiff,                    **JOINT STIPULATION TO EXTEND
                                            TIME FOR DEFENDANT CTL
13       v.                                 MANAGEMENT, INC. TO RESPOND TO
                                            PLAINTIFF RICHARD CAMILLERI'S
14  EXPERIAN INFORMATION SOLUTIONS,         COMPLAINT AND ORDER**
    INC.; EQUIFAX INFORMATION
15  SERVICES, LLC; CTL MANAGEMENT,          Assigned to District Judge Daniel J. Calabretta
    INC.; PAYARC LLC,                       Referred to Magistrate Judge Chi Soo Kim
16
              Defendants.
17

18        Plaintiff Richard Camilleri ("Plaintiff") and Defendant CTL Management, Inc.

19  ("Defendant"), through their respective attorneys of record, submit the following Joint Stipulation,

20  pursuant to Local Rule 144, stating as follows:

21        1.    Plaintiff filed his Complaint on April 4, 2025. (Dkt. 1.) The Summons was issued to

22  Defendants on April 4, 2025. (Dkt. 2.)

23        2.    The Complaint was served on Defendant on or about April 7, 2025.

24        3.    Defendant's response to the complaint was initially due on or before April 28, 2025.

25        4.    Defendant requested, and Plaintiff agreed, that Defendant could have an extension

26  through and including May 12, 2025 to respond to the complaint.

27        5.    On May 6, 2025, Defendant requested a further extension through and including May

28  27, 2025 so that the parties could explore the possibility of negotiating a resolution of the litigation.

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CTL MANAGEMENT, INC. TO RESPOND TO
PLAINTIFF RICHARD CAMILLERI'S COMPLAINT AND ORDER
3834866.1

1  Plaintiff agreed to the requested extension.

2      6.      On May 16, 2025, Defendant requested a further extension through and including

3  June 10, 2025 so that the parties could engage in settlement negotiations.  Plaintiff agreed to the

4  requested extension.

5      7.      On June 6, 2025, Defendant requested another extension of time to respond to the

6  complaint so that the parties could continue settlement negotiations. Plaintiff agreed to an extension

7  through an including June 17, 2025. This stipulation is made in good faith and will not alter or

8  otherwise affect the date of any event or deadline already fixed by the Court.

9      NOW, THEREFORE, Plaintiff and Defendant, by and through their attorneys of record,

10  stipulate and agree as follows:

11      1. Subject to approval by the Court, the date by which Defendant must file and serve its

12  response to Plaintiff's Complaint shall be extended from June 10, 2025 to and including June 17,

13  2025.

14      SO STIPULATED.

15  DATED:  June 9, 2025                    WILKE FLEURY LLP

16

17

18  By: _____

                          MATTHEW POWELL

19                  Attorneys for Defendant, CTL MANAGEMENT,
                                    INC.

20

21  DATED: June 9, 2025                    GALE, ANGELO, & JOHNSON, P.C.

22

23  By: ____/s/ Joe Angelo_____

24                              JOE ANGELO
                  Attorneys for Plaintiff, RICHARD CAMILLERI

25

26

27

28

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CTL MANAGEMENT, INC. TO RESPOND TO
PLAINTIFF RICHARD CAMILLERI'S COMPLAINT AND ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

The Court is in receipt of Plaintiff Richard Camilleri and Defendant CTL Management, Inc.'s Joint Stipulation to Extend Time to Respond to Complaint. Having reviewed the stipulation for the requested extension, the Court finds that good cause exists to extend the deadline for Defendant CTL Management, Inc. to file and serve its responsive pleading to June 17, 2025.

IT IS SO ORDERED.

Dated:  June 9, 2025                                    /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CTL MANAGEMENT, INC. TO RESPOND TO
PLAINTIFF RICHARD CAMILLERI'S COMPLAINT AND ORDER

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO