UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAMILLERI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; CTL MANAGEMENT, INC.; PAYARC LLC,<br>　　　　　Defendants. | Case No. 2:25-cv-01013-DJC-CSK<br><br>Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO COMPLAINT**<br><br>Complaint filed:  April 4, 2025 |

The Court is in receipt of Plaintiff Richard Camilleri and Defendant Experian Information Solutions, Inc.'s Joint Stipulation to Extend Time to Respond to Complaint. Having reviewed the stipulation for the requested extension, the Court finds that good cause exists to extend the deadline for Defendant Experian Information Solutions, Inc. to file and serve its responsive pleading to July 9, 2025.

IT IS SO ORDERED.

Dated:  June 20, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE