Joe Angelo (Bar # 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Richard Camilleri

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| Richard Camilleri,<br><br>          Plaintiff,<br><br>     vs.<br><br>Equifax Information Services LLC et. al.<br>          Defendants. | Case No.: 2:25-cv-01013-DJC-CSK<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Defendant Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 24, 2025            /s/ Daniel J. Calabretta
                                 _____
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE