```
Brian T. Hafter (SBN 173151)
brian.hafter@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone: (415) 810-8403

Attorneys for Defendant
PAYARC, LLC
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD CAMILLERI,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; CTL MANAGEMENT, INC.; PAYARC LLC<br><br>    Defendants. | Case No. 2:25-cv-01013-DJC-CSK<br><br>STIPULATION AND ORDER FOR RELIEF FROM DEFAULT |

Plaintiff RICHARD CAMILLERI ("Plaintiff") and Defendant PAYARC, LLC ("Defendant"), through their respective counsel of record, do hereby agree and stipulate as follows:

1.  Plaintiff filed the Complaint in this manner on April 4, 2025, and served the Complaint upon Defendant on April 7, 2025 [ECF Nos. 1 and 5].

2.  Through inadvertence and mistake, Defendant did not file a response to the Complaint in a timely manner.

3.  On July 31, 2025, Plaintiff filed an application for entry of default against Defendant [ECF No. 34] and sent the application to Defendant via U.S. Mail. On August 1, 2025, before Defendant received Plaintiff's application, the Court's Clerk entered default against Defendant [ECF No. 35].

4. On August 7, 2025, Defendant received Plaintiff's application and promptly contacted Plaintiff's counsel on that date.

5. Plaintiff and Defendant hereby agree that: (1) the Court should vacate the default entered against Defendant; (b) Defendant shall file an Answer to the Complaint on or before August 21, 2025; and (c) Defendant shall pay costs to Plaintiff in the amount of $763.69 on or before August 21, 2025.

IT IS SO STIPULATED.

Dated: August 11, 2025                         RIMON, P.C.


                                              By: /s/ Brian T. Hafter
                                                  Brian T. Hafter
                                                  Attorneys for Defendant
                                                  PAYARC, LLC


Dated: August 11, 2025                         GALE, ANGELO & JOHNSON, P.C.


                                              By: /s/ Joseph Angelo
                                                  Joseph Angelo
                                                  Attorneys for Plaintiff
                                                  RICHARD CAMILLERI

**<u>ORDER</u>**

Pursuant to the foregoing Stipulation, and on the Court's own motion, the Clerk of Court shall vacate the default judgment entered against Defendant PayArc, LLC on August 1, 2025. [ECF No. 35]. Further, Defendant PayArc. LLC shall pay costs to Plaintiff in the amount of $763.69 on or before August 29, 2025. Finally, the parties shall file a joint status report pursuant to this Court's Initial Case Management Order [ECF No. 3] within fourteen (14) days after service of this Order.

IT IS SO ORDERED.

Dated:  August 22, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE